JOURNAL ENTRY and OPINION
{¶ 1} Maurice Jackson, the applicant, has filed an application for reopening pursuant to App.R. 26(B). However, no appellate judgment, which reviewed Jackson's conviction and sentence as rendered in State v.Jackson, Cuyahoga County Court of Common Pleas Case No. CR-390243, has been announced and journalized by this court. Thus, we are prevented from considering Jackson's application for reopening as brought pursuant to App.R. 26(B). State v. Skaggs (May 12, 1999), Cuyahoga App. No. 76301, reopening disallowed (Sept. 21, 1999), Motion No. 7505. See, also, Statev. Loomer (1996), 76 Ohio St.3d 398; State v. Halliwell (Jan. 29, 1999), Cuyahoga App. No. 70369, reopening disallowed (Jan. 29, 1999), Motion No. 00187; State v. Fields (Feb. 29, 1996), Cuyahoga App. No. 68906, reopening disallowed (Sept. 5, 1997), Motion No. 84867; State v.Williams (Oct. 31, 1996), Cuyahoga App. No. 69936, reopening disallowed (May 7, 1997), Motion No. 82993.
 {¶ 2} In addition, the legal basis for reopening an appeal under App.R. 26(B) is ineffective assistance of appellate counsel. Since Jackson filed a pro se appeal, which was dismissed on October 22, 2001, for failure to file the record, he is precluded from arguing the claim of ineffective assistance of appellate counsel on appeal. State v. Boone
(1996), 114 Ohio App.3d 275, 683 N.E.2d 67; State v. Bobo (Jan. 9, 1996), Cuyahoga App. No. 60013, reopening disallowed (Apr. 10, 1996), Motion No. 69762; State v. Drake (July 2, 1998), Cuyahoga App. No. 74661, reopening disallowed (June 24, 1999), Motion No. 4637; State v.Thornton (Apr. 15, 1999), Cuyahoga App. No. 76014, reopening disallowed (Mar. 9, 2000), Motion No. 8113; and State v. Hall (Dec. 16, 1999), Cuyahoga App. No. 75386, reopening disallowed (May 17, 2000), Motion No. 15531.
 {¶ 3} Accordingly, we deny Jackson's application for reopening.
JAMES D. SWEENEY, P.J., and PATRICIA A. BLACKMON, J., CONCUR.